# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:11-CR-56-ORL-28KRS

**DENNIS BRIAN DEVLIN**

## ORDER

This case having been considered by the Court on the Report and Recommendation (Doc. No. 187, filed June 6, 2018) concerning Defendant's Motion To Set Aside Justice Department Fraudulent Documents that were used as an Obstruction of Justice on Judge Antoon's Court (Doc. No. 178, filed March 9, 2018) and no objections thereto having been filed, it is **ORDERED**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 187) is **ACCEPTED, AFFIRMED** and **ADOPTED**.

2. The Defendant's Motion to Set Aside Justice Department Fraudulent Documents that were used as an Obstruction of Justice on Judge Antoon's Court (Doc. No. 178) is **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 21, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Attorney
United States Probation Office

Dennis Brian Devlin #54136-018
FCI
P.O. Box 9000
Seagoville, TX 75159-9000