**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.  CASE NO. 6:11-cr-56-JA-DCI

**DENNIS BRIAN DEVLIN**

---

### ORDER

This case is before the Court on Defendant's "Motion to Vacate an Unconstitutional-Illegal Preliminary Forfeiture Order and Motion to Dismiss the Government Motion 'Court Lacks Jurisdiction' used to Perpetrate Fraud on the Court" (Doc. 309) and Defendant's "Motion for the Court to Order the Government to Turn Over All Checks Issued by the Orlando U.S. Attorney's Office from 9-1-2013 to 12-31-2014 All as Required Upon Public Information and Access" (Doc. 314). The assigned United States Magistrate Judge has submitted a Report (Doc. 315) recommending that the first motion be denied and the second motion be stricken. No objections to the Report have been filed and the deadline to do so has passed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (315) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The "Motion to Vacate an Unconstitutional-Illegal Preliminary Forfeiture Order and Motion to Dismiss the Government Motion 'Court Lacks Jurisdiction' used to Perpetrate Fraud on the Court" (Doc. 309) is **DENIED**.

3. Dennis Brian Devlin is **ENJOINED** from making any filings related to the forfeiture orders or the property subject to forfeiture in this case. Any such filings will be stricken without further notice.

4. The "Motion for the Court to Order the Government to Turn Over All Checks Issued by the Orlando U.S. Attorney's Office from 9-1-2013 to 12-31-2014 All as Required Upon Public Information and Access" (Doc. 314) is **STRICKEN**.

5. The "Motion for All E-Mails and Correspondence Between United States District Court and the Orlando U.S. Attorney's Office in Their Collusion of Wrongdoing in the Above Case" (Doc. 317) is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida, on July 27, 2021.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
United States Probation Office

Counsel for Defendant
Dennis Brian Devlin